July 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

WENDY SCHREIBER, Appellant

NO. 14-14-00010-CV                    V.

STATE FARM LLOYDS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, State Farm Lloyds, signed September 23, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to award appellee, State Farm Lloyds, a total of $20,195.15 in taxable court costs. This award does not include the appellate court costs that are assessed below. We order the judgment of the court below **AFFIRMED** except as modified in this judgment. We order appellant, Wendy Schreiber, to pay all costs incurred in this appeal. We further order this decision certified below for observance.